# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0908
_____

ASHA K. PATEL, and
KAUSHIKKUMAR H. PATEL,

     Appellants,

     v.

ROBERT DAVIS and CINDY DAVIS,

     Appellees.

_____

On appeal from the Circuit Court for Holmes County.
Russell S. Roberts, Judge.

April 10, 2026

PER CURIAM.

     AFFIRMED.

OSTERHAUS, NORDBY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Herbert Guy Green, Jr., Marianna, for Appellants.

Kristi Miller Novonglosky of the Law Office of Kristi Miller Novonglosky PA, for Appellees.